IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATHANIEL YOUNG                                                                                  PLAINTIFF

    v.                                       CIVIL NO. 13-2077

CAROLYN W. COLVIN,[1] Commissioner
Social Security Administration                                                                 DEFENDANT

## **O R D E R**

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

Plaintiff's IFP application indicates that he is incarcerated at Cummins Unit, P.O. Box 500, Grady, Arkansas 71644. ECF No. 2. However, he did not provide a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances in his institutional account during the last six months. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding his incarceration. Plaintiff is directed to file his amended IFP application by April 17, 2013. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 18th day of March 2013.

                                                /s/ *J. Marschewski*
                                                HONORABLE JAMES R. MARSCHEWSKI
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.

AO72A
(Rev. 8/82)